United States Bankruptcy Court
District of Nevada

In re:  Case No. 21-15769-abl
CHRISTIA THOMPSON  Chapter 7
CLARENCE THOMPSON
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 23, 2021 | Form ID: adiodetr | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | CHRISTIA THOMPSON, CLARENCE THOMPSON, 1224 EARTH COURT, NORTH LAS VEGAS, NV 89032-0756 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MARJORIE A. GUYMON | on behalf of Debtor CHRISTIA THOMPSON bankruptcy@goldguylaw.com peterc@goldguylaw.com;jschneringer@goldguylaw.com;ljohns@goldguylaw.com;cdupont@goldguylaw.com;mariaa@goldguylaw.com;lauriea@goldguylaw.com |
| MARJORIE A. GUYMON | on behalf of Joint Debtor CLARENCE THOMPSON bankruptcy@goldguylaw.com peterc@goldguylaw.com;jschneringer@goldguylaw.com;ljohns@goldguylaw.com;cdupont@goldguylaw.com;mariaa@goldguylaw.com;lauriea@goldguylaw.com |
| RYAN A. ANDERSEN | RYAN@NEVADATRUSTEE.COM  tatiana@nevadatrustee.com;ecf.alert+andersen@titlexi.com;melissa@vegaslawfirm.legal |
| U.S. TRUSTEE - LV - 7 | USTPRegion17.LV.ECF@usdoj.gov |

District/off: 0978-2 User: admin Page 2 of 2
Date Rcvd: Dec 23, 2021 Form ID: adiodetr Total Noticed: 1
TOTAL: 4

NVB 521 (Rev. 4/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−21−15769−abl |
| | CHAPTER 7 |
| CHRISTIA THOMPSON | |
|     dba POSITIVE PEOPLE PRODUCTION LLC | |
| | |
| CLARENCE THOMPSON | ORDER REGARDING AUTOMATIC |
|     aka MR. MAJESTIC MUSIC | DISMISSAL UNDER 11 U.S.C. |
| | SECTION 521(i) |
| Debtor(s) | |

The Court has reviewed the file in this case and has determined that the debtor (see note below) has complied with the information filing requirement of 11 U.S.C. Section 521(a)(1) and LR 4002.1. Accordingly,

**IT IS ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. Section 521(i)(1) or (2).

2. If any party in interest has any reason to contest the Court's finding that this case is not subject to automatic dismissal under 11 U.S.C. Section 521(i), that party shall:

    (a) File a Motion for Reconsideration not later than **10** days from the date of the entry of this order. The motion should specifically identify the information and document(s) required by 11 U.S.C. Section 521(a)(1) that the debtor has failed to file.

    (b) Comply with the provisions of LR 9014 and obtain a hearing date and time.

    (c) Serve such motion and notice of hearing on the trustee, debtor and debtor's counsel, if any.

    (d) File a Certificate of Service of the motion and notice of hearing within two business days of filing the motion.

Dated: 12/22/21

*Mary A. Schott*

Mary A. Schott
Clerk of Court