NVB 3022 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−21−15769−abl |
| | CHAPTER 7 |
| CHRISTIA THOMPSON | |
|    dba POSITIVE PEOPLE PRODUCTION LLC | |
| CLARENCE THOMPSON | FINAL DECREE |
|    aka MR. MAJESTIC MUSIC | |
| Debtor(s) | |

The estate of the debtor(s) having been fully administered,

**IT IS ORDERED** that RYAN A. ANDERSEN is discharged as trustee of the estate.

This Chapter 7 case is closed.

Dated: 5/9/22

*Mary A Schott*

Mary A. Schott
Clerk of Court